January 7, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MARCUS WILLIAMS AND ALL OCCUPANTS, Appellants

NO. 14-12-00404-CV          V.

BAYVIEW - REALTY ASSOCIATES, AGENT, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Bayview - Realty Associates, Agent, signed, April 25, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellants, Marcus Williams and All Occupants, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.